LOUIS I. BABLOVE and ARTHUR BAHN, Appellants, v. JULIUS ALPERN, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New county clerk's office on the 5th day of November, 1913, upon a verdict, and also from an order entered on the 20th day of November, 1913, denying a motion for a new trial.

PER CURIAM: The verdict is so clearly against the weight of the evidence that we cannot permit it to stand. The judgment and order should be reversed and a new trial ordered, with costs to appellants to abide the event. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. Judgment and order reversed and new trial ordered, with costs to appellants to abide event. Order to be settled on notice.

VICTOR URBANO, Appellant, v. HARRY C. HALLENBECK and U. T. HUNGERFORD BRASS AND COPPER COMPANY, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 11th day of July, 1913, denying a motion for an injunction during the pendency of the action.

PER CURIAM: The facts disclosed in the complaint and affidavit, which are entirely undenied by the defendant, show a continual trespass in front of the plaintiff's premises and are sufficient to constitute a nuisance. Plaintiff was entitled to an injunction restraining such continual trespass and nuisance, and the order is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.